**No. 52006.**—Blackstone Industrial Corp. et al. *v.* United States, protests 112396–K, etc. (Los Angeles).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.